## IN THE SUPREME COURT OF THE STATE OF NEVADA

GENEALYNN MCHANEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARGARET E. PICKARD,
MAGISTRATE JUDGE, DEPENDENCY
1,
Respondents,
and
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES; AND M.J.A., A
MINOR,
Real Parties in Interest.

No. 81271

FILED

JUN 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a June 5, 2020, hearing master recommendation denying petitioner's motion to maintain placement of the subject child in the underlying dependency proceedings. Real parties in interest have timely filed answers to the petition, as directed.[1]

Having reviewed the petition, answers, and supporting documentation, we conclude that our extraordinary intervention is not

---

[1]As real party in interest's proposed appendix, provisionally received in this court on June 18, 2020, contains confidential information filed under seal in the district court, its motion for leave to file the appendix under seal is granted. SRCR 3(4)(a), (7); see NRS 432B.280. The clerk of this court shall file the appendix under seal.

20- 22857

warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Although petitioner appears to have raised valid concerns with the hearing master's interpretation of NRS 432B.550(6)(b), analysis of the child's best interest, and failure to hold an evidentiary hearing, petitioner has not yet obtained the supervising district judge's review of her objection to the hearing master's recommendation. *See* EDCR 1.46. Accordingly, we conclude that this petition is premature and

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Margaret E. Pickard, Hearing Master
    Smith Legal Group
    Legal Aid Center of Southern Nevada, Inc.
    Clark County District Attorney/Juvenile Division
    Eighth District Court Clerk